IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOSE ANDINO, #175434                                                                          PLAINTIFF

VS.                                                                      CAUSE NO. 1:15-cv-00040-RHW

RON WOODALL                                                                                   DEFENDANT

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against Defendant are dismissed.

SO ORDERED, this the 14th day of July, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE